August 29, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

DANIEL PLASENCIA D/B/A FT. BEND COLLISION AUTO REPAIR,
Appellant

NO. 14-12-00789-CV          V.

JOHN BURTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF JOHN EDWARD BURTON, A MINOR DECEASED, Appellee

————————————

This cause, an appeal from the judgment in favor of appellee, John Burton, individually and as representative of the estate of John Edward Burton, a minor deceased, signed June 1, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Daniel Plasencia d/b/a Ft. Bent Collision Auto Repair, to pay all costs incurred in this appeal. We further order this decision certified below for observance.